# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JUSTIN WALLACE,<br><br>      Plaintiff,<br><br>v.<br><br>GLOBE LIFE INSURANCE AGENCY, INC.,<br><br>      Defendant. | Case No. 3:18-cv-00135-JPG-DGW |

## MEMORANDUM AND ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

This matter comes before the Court on the plaintiff's notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Doc. 27.) That rule allows a plaintiff to dismiss an action without a court order by filing a notice of dismissal before the defendant serves an answer or files a motion for summary judgment—as here. Accordingly, the Court **FINDS** that this case is **DISMISSED without prejudice**. The Court **DIRECTS** the Clerk of Court to close this case and terminate all remaining pending motions within it.

**IT IS SO ORDERED.**

**DATED: APRIL 18, 2018**

                                                                              *s/ J. Phil Gilbert*
                                                                              **J. PHIL GILBERT**
                                                                              **DISTRICT JUDGE**